**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **GHANDHI BEN MORKA, 36309-177,** )<br>　　　　　**Plaintiff,** )<br>　　　　　　　　　　　　　　　　　　　) <br>**v.** ) <br>　　　　　　　　　　　　　　　　　　　) <br>**UNITED STATES OF AMERICA,** ) <br>　　　　　**Defendant.** ) | No. 3:09-CV-1950-P |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

**SO ORDERED.**

Signed this 17th day of March, 2010.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE